# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN MYERS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00192 |
| vs. | : | |
| | | District Judge Walter H. Rice |
| NANCY A. BERRYHILL, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 6, 2017 (Doc. #22) is ADOPTED in full;

2. Counsel's Motion For Allowance Of Attorney Fees (Doc. # 18) is GRANTED, and Plaintiff's counsel is awarded $27,000.00 in attorney fees pursuant to 42 U.S.C. § 406(b);

3. Plaintiff's counsel is directed to remit $8,900.00 to Plaintiff, which is the total amount of attorney fees counsel has received under the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and

4. The case remains terminated on the Court's docket.

_____
Walter H. Rice
United States District Judge